UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

XL SPECIALTY INSURANCE COMPANY,                    :
                                                   :
Interpleader-Plaintiff,                            :
                                                   :
v.                                                 :
                                                   :
ALBERT HALLAC, JEFFREY HALLAC, KEITH               :        Case No. 17-cv-2867
WELLNER, WESTON FINANCIAL SERVICES LLC,            :
WESTON CAPITAL MANAGEMENT LLC, WESTON              :
CAPITAL ASSET MANAGEMENT LLC,                      :
                                                   :
Interpleader-Defendants.                           :
------------------------------------------------------------------------ x

## SUPPLEMENTAL DECLARATION
## OF J. CHRISTOPHER ALBANESE IN FURTHER SUPPORT OF
## INTERPLEADER-DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

J. Christopher Albanese declares under penalty of perjury, pursuant to 28 U.S.C. § 1746,

that the following is true and correct:

1.      I am an attorney at the law firm Gusrae Kaplan Nusbaum LLP ("GKN").  I and

my firm are counsel to Interpleader-Defendant Albert Hallac ("Hallac") on various matters—

civil and criminal—and have been his counsel since 2012.  I have personal knowledge of the

events described herein.

2.      In response to requests by Wimbledon's investors in 2012, Albert Hallac offered

assistance and information in understanding the transactions at issue.

3.      As part of settlement discussions with Wimbledon, Hallac offered a $25 million

judgment in favor of Wimbledon and subsequently cash considerations.

4.      At the time of those discussions, Hallac did not know about the criminal

investigations, but the SEC action was public.

Dated: New York, New York
June 26, 2017

                          GUSRAE KAPLAN NUSBAUM PLLC


                          By:_____s/ J. Christopher Albanese_____
                             J. Christopher Albanese
                          (calbanese@gusraekaplan.com)
                           120 Wall Street
                           New York, New York 10005
                           Telephone: (212) 269-1400
                           Facsimile: (212) 809-4147